**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000119
28-FEB-2025
08:08 AM
Dkt. 61 OGMD**

NO. CAAP-23-0000119


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HOʻOPONOPONO O MĀKENA, a non-profit corporation;
MAUI TOMORROW FOUNDATION, a non-profit corporation; and
MĀLAMA KAKANILUA, a non-profit corporation,
Plaintiffs-Appellants,
vs.
MAUI PLANNING COMMISSION; COUNTY OF MAUI; and H2R, LLC, a
limited liability company, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000125)


ORDER
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)


Upon consideration of the Joint Motion to Dismiss Appeal with Prejudice filed on February 14, 2025 (**Motion**), by Plaintiffs-Appellants Hoʻoponopono O Mākena, Maui Tomorrow

Foundation, and Mālama Kakanilua's (**Appellants**), which the court construes as Appellants' motion to dismiss, the papers in support, and the record, it appears that:

(1) the appeal has been docketed; and

(2) no opposition to the motion has been filed.

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed with prejudice pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorney's fees and costs on appeal.

DATED:  Honolulu, Hawai'i, February 28, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge